### UNITED STATES of America, Plaintiff–Appellee,

v.

### Vidal FLORES–BARRERA, Defendant–Appellant.

### No. 02–21302.
### Conference Calendar

United States Court of Appeals, Fifth Circuit.

Aug. 20, 2003.

Mitchel Neurock, US Attorney's Office, Laredo, TX, James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff-Appellee.

Roland E. Dahlin, II, Federal Public Defender, H. Michael Sokolow, Michael L. Herman, Federal Public Defender's Office, Houston, TX, for Defendant-Appellant.

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM.*

Vidal Flores–Barrera ("Flores") appeals his conviction of being an illegal alien in possession of a firearm in violation of 18 U.S.C. § 922(g)(5)(A). Flores contends that 18 U.S.C. § 922(g) is unconstitutional. Flores acknowledges that his appellate argument is foreclosed by circuit precedent. Nevertheless, Flores seeks to preserve the issue for Supreme Court review.

This court has repeatedly emphasized that the constitutionality of 18 U.S.C. 922(g) is not open to question. *See United States v. Daugherty*, 264 F.3d 513, 518 (5th Cir.2001), *cert. denied* 534 U.S. 1150, 122 S.Ct. 1113, 151 L.Ed.2d 1007 (2002). Because the factual basis indicated that the firearm Flores possessed was not manufactured in Texas, Flores' conviction was supported by the evidence. *See United States v. Rawls*, 85 F.3d 240, 242 (5th Cir.1996).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.